70187. IBIETATORREMENDIA v. THE STATE.
(332 SE2d 20)

CARLEY, Judge.

Appellant appeals from the denial of his Extraordinary Motion for New Trial. Appellant has not filed an Application for a Discretionary Appeal pursuant to OCGA § 5-6-35 (a) (7), Ga. L. 1984, p. 599. This Code section applies to criminal cases and, accordingly, we are without jurisdiction over this direct appeal. *Pitts v. State*, 254 Ga. 298 (328 SE2d 732) (1985).

*Appeal dismissed. Birdsong, P. J., and Sognier, J., concur.*

DECIDED MAY 15, 1985.

*Ray S. Gordon*, for appellant.
*Glenn Thomas, Jr., District Attorney, Jerry W. Caldwell, Assistant District Attorney*, for appellee.